## GARY AND GARY *against* HULL.

IN ERROR, on *certiorari*, from a justice's court. *Hull* brought an action against *Joseph* and *John Gary*, before the justice, for a quantity of tanner's bark sold and delivered. Plea, the general issue.

The defendants below had sold a wagon to *Hull* and his brother for 45 dollars, to be paid for in bark. Five dollars only were paid on that contract; and when the time had expired, *Hull* confessed two judgments before a justice for the balance, being 40 dollars. It was then agreed that *Hull* might yet make payment in bark, to be applied on the judgments.

The plaintiff accordingly delivered six loads of bark to the defendants below; but the parties not agreeing as to the price, the defendants issued executions for the whole amount of their judgments, which executions were in the constable's hands at the commencement of this suit.

The justice gave judgment for the plaintiff below, for the value of the bark so delivered.

*Per Curiam.* This is a clear case for the plaintiff below. The defendants had waived the benefit of applying the bark on their judgment against *Hull* by issuing their executions for the whole amount of those judgments.

The agreement, therefore, for making such application, appears to have been rescinded by mutual consent; and there remained no objection to *Hull's* claim for the bark.

The judgment must be affirmed.

Judgment affirmed.

*[margin note: G. agreed with H. to accept payment for a judgment against H. in tanner's bark, and H. accordingly delivered to G. six loads of bark, but not agreeing as to the price, G. immediately sued an execution on the judgment against H., who then brought an action for so much bark sold and delivered; and it was held that he was entitled to recover; the right of applying the bark in payment of the judgment having been waived by the act of G., and the agreement rescinded.]*